IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case №: 2:10-cr-0246 MCE |
|---|---|---|
| Plaintiff, | ) ) | **O R D E R**<br>**APPOINTING COUNSEL** |
| vs. | ) ) | |
| KEVIN DUANE HICKMAN, | ) ) | |
| Defendant. | ) ) | |

The defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel.

OFFENSE: 18 USC § 3583 – Revocation of Supervised Release

Michael Long of the CJA panel is hereby appointed to represent the defendant effective October 28, 2013.

IT IS SO ORDERED.

Dated: October 29, 2013

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.criminal\hickman0246.aoc.ord.docx

ORDER APPOINTING COUNSEL      1